UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MARY J. MILLER**  CV # 04-737-KI

Plaintiff,

vs.  ORDER FOR EAJA FEES

**COMMISSIONER of Social Security,**

Defendant.

---

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5304 shall be awarded pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412. This amount shall be awarded directly to attorney Linda Ziskin. Additionally, it is hereby Ordered that costs in the amount of $18.44 shall be awarded to attorney Ziskin pursuant to 28 U.S.C. § 1920.

DATED this ___ day of December, 2005.

_____
HON. GARR M. KING
UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____
LINDA ZISKIN, OSB # 01106
(503) 889-0472
Attorney for Plaintiff

STIPULATION FOR EAJA FEES